UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD VAN NORT,<br>　　　　Plaintiff,<br>　　v.<br>M. MARTEL, et al.,<br>　　　　Defendants. | Case No. 18-cv-05014-JCS (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff's claims arise from events that occurred at California Health Care Facility, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies. A substantial part of the events or omissions giving rise to the claims occurred, and the named defendants reside, there. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** August 21, 2018

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CHARLES EDWARD VAN NORT,

    Plaintiff,

v.

M. MARTEL, et al.,

    Defendants.

Case No. 18-cv-05014-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 21, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Edward Van Nort ID: C-09149
California Health Care Facility
P.O. Box 32290
Stockton, CA 95213


Dated: August 21, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO