UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD VAN NORT,<br><br>    Plaintiff,<br><br>    v.<br><br>M. MARTEL, et al.,<br><br>    Defendants. | No. 2:18-cv-2322 JAM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2020, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. ECF No. 12. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

////

1. The findings and recommendations issued June 10, 2020 (ECF No. 12), are ADOPTED in full, and

2. This action is DISMISSED for failure to prosecute and for failure to obey a court order. See Fed. R. Civ. P. 41(b); see also L.R. 110.

DATED: July 27, 2020

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE